# EXHIBIT A

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 1 | a | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 1 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 1 | c | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 1 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 1 | e | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 1 | f | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 2 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 2 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 3 | a | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 3 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 3 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 3 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 3 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 3 | f | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 3 | g | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 3 | h | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 3 | i | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 3 | j | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 3 | k | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 3 | l | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 3 | m | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 4 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 4 | b | Attorney Client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 5 | a | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 5 | b | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 5 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 5 | d | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 5 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 562733 | 5 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 5 | g | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 6 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 6 | b | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 6 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 6 | d | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 6 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 7 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 562733 | 7 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction discloses confidential communication subject to common interest privilege |
| 562733 | 8 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 8 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 8 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 8 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 8 | e | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 8 | f | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 8 | g | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 9 | a | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 9 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 9 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 9 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff; redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 9 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 9 | f | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 9 | g | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 10 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 11 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 12 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 12 | b | Attorney-client | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction discloses confidential communication subject to common interest privilege |
| 562733 | 12 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 12 | d | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 12 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; |
| 562733 | 12 | f | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 12 | g | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 13 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 13 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 13 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 13 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 13 | e | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 13 | f | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 13 | g | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 14 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 14 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 14 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 15 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 16 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 16 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 16 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 17 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 17 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 17 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 17 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 17 | e | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 562733 | 17 | f | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 17 | g | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 18 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 18 | b | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 18 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 18 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 18 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 18 | f | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 18 | g | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 18 | h | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 18 | i | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 18 | j | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 19 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 19 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 19 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 20 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 20 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 20 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 20 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 20 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 21 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 21 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 21 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 22 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 22 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 22 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 22 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 23 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 23 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 23 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 24 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 25 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 25 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 26 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 26 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 26 | c | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 562733 | 26 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 26 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 27 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 27 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 27 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 27 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; |
| 562733 | 27 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 27 | f | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 27 | g | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 28 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 28 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 28 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 28 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 562733 | 29 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 29 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 29 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 29 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 29 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 29 | f | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 29 | g | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 30 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 30 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 30 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 30 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 30 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 30 | f | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 562733 | 30 | g | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 31 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 31 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 31 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 31 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 31 | e | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 31 | f | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 32 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 562733 | 32 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 33 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 562733 | 33 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 33 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 33 | d | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 34 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 34 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 35 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 562733 | 36 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 562733 | 36 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 562733 | 36 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 37 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 37 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 562733 | 38 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 562733 | 38 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |