# EXHIBIT B

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 39 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 39 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 39 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 40 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 40 | | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 41 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 41 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 42 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 43 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 43 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 43 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 43 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 44 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 44 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 44 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 46 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 47 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 47 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 49 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 49 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 50 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 50 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 51 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 52 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 52 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 52 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 55 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 56 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client,Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 57 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 57 | | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 58 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 58 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 58 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 58 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 58 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 59 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 59 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 59 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 60 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 61 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 61 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 61 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 61 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 61 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 62 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 63 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 63 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 63 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 63 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 64 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 64 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 65 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 66 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 66 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 66 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 67 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 67 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 67 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 67 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client,Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 67 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 67 | | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 68 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client,Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 68 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 68 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 68 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 69 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 69 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 69 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 70 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 71 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 71 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 72 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 73 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 73 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 74 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 74 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 74 | c | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 564725 | 74 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 74 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 74 | f | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 74 | g | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 74 | h | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 75 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 75 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 75 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 76 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 76 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 76 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 76 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 76 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 76 | f | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 76 | g | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 76 | h | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 77 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 77 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 77 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 78 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 78 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 78 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 79 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 80 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 81 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 81 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 81 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 81 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 81 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 82 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 82 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 82 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 82 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 85 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 85 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 85 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 85 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 86 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 86 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 87 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 87 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 88 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 90 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 90 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 90 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 90 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 90 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 90 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 90 | g | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 91 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 92 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 92 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 93 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 93 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 93 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 93 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 94 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 96 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 96 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 96 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 97 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 98 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 99 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 100 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 100 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 102 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 103 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 103 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 104a | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 104b | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 104b | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 104b | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; |
| 564725 | 104b | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 105 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 105 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 105 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 106 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 106 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 106 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 107 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 108 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 564725 | 108 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 109 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 564725 | 109 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 110 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 110 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 110 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 110 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 564725 | 111 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 111 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 111 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 564725 | 112 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 564725 | 112 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 564725 | 112 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 564725 | 113 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |