# EXHIBIT C

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 114 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 114 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 114 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 114 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 114 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 115 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 115 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 116 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 117 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 118 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 118 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 118 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 118 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 119 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 120 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 120 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 120 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 120 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 120 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 120 | f | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 122 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 122 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 122 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 122 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 123 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 123 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 124 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 125 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 125 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 126 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 126 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 126 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 126 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 126 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 126 | f | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 126 | g | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 127 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 127 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 127 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 128 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 129 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 129 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 129 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 129 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 130 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 131 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 131 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 132 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 132 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 132 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 132 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 133 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 134 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 134 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 134 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 134 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 135 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 136 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 136 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 136 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 136 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 137 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 138 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 138 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 138 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 138 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 138 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 138 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 139 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 140 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 140 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 140 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 140 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 140 | e | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 140 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 142 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 143 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 143 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 143 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 144 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 144 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 144 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 146 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 146 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 146 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 146 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 147 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 147 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 147 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 147 | d | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 147 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 147 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 147 | g | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 148 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 148 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 148 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 148 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 150 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 150 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 151 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 151 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 153 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 154 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 154 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 154 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 155 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 157 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 157 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 157 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 157 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 157 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 158 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 160 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 160 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 161 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 162 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 162 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 163 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 164 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 164 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 165 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 166 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 166 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 166 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 166 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 167 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 168 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 168 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 169 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 169 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 170 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 170 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 170 | c | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 171 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 172 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 172 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 172 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 172 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 173 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 174 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 174 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 175 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 175 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 175 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 175 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 176 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 177 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 177 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 177 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 177 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 567302 | 177 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 177 | f | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 178 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 178 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 178 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 178 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 178 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 179 | a | Attorney-client; work product | Redaction identifies specific documents |
| 567302 | 180 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 180 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 567302 | 180 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 180 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 180 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 567302 | 180 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 567302 | 181 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 181 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 181 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 567302 | 181 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 567302 | 182 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 567302 | 182 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |