# EXHIBIT E

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 237 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 238 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 238 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, |
| 573332 | 238 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 238 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the |
| 573332 | 239 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 239 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 240 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 240 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between |
| 573332 | 240 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 242 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 243 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 244 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 244 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 245 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 246 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 573332 | 246 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 246 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the |
| 573332 | 247 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 248 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 573332 | 248 | b | Attorney-Client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, |
| 573332 | 248 | c | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 573332 | 248 | d | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 249 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 250 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 251 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 573332 | 251 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 573332 | 252 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the |
| 573332 | 252 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the |
| 573332 | 253 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 254 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 255 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 255 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 573332 | 255 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 255 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 255 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 255 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 255 | g | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 256 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, |
| 573332 | 257 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney |
| 573332 | 258 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 259 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 259 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 260 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 260 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 260 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 261 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 262 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 262 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 263 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 264 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 264 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 264 | c | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 573332 | 264 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 265 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 266 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 266 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 267 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 268 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 269 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 269 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 573332 | 269 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 269 | d | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or |
| 573332 | 270 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 573332 | 271 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 271 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 272 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 273 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 273 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 273 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 573332 | 273 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 273 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 573332 | 274 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 275 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 275 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 276 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 276 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 276 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, |
| 573332 | 276 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the |
| 573332 | 277 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, |
| 573332 | 278 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 278 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 279 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 280 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 280 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 281 | a | Attorney-client; work | Redaction identifies specific |
| 573332 | 282 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 282 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 573332 | 282 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 283 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 573332 | 283 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 284 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 573332 | 285 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 285 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney |
| 573332 | 285 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 286 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 286 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 286 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 287 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 287 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 287 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 287 | d | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 573332 | 288 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 288 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction discloses the content of confidential communication between an attorney or agent of the |
| 573332 | 289 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 290 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 290 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 291 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the |
| 573332 | 291 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 291 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 291 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, |
| 573332 | 291 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 292 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 292 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 292 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 573332 | 292 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | | |
|---|---|---|---|---|

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 293 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 294 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 294 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 295 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy |
| 573332 | 295 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between |
| 573332 | 295 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 295 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 296 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 296 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between |
| 573332 | 296 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy |
| 573332 | 297 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 297 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 298 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 573332 | 299 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 573332 | 299 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 573332 | 300 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 301 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 573332 | 301 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 302 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 303 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |
| 573332 | 303 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 304 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 573332 | 304 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 304 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 305 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 305 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 306 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 307 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or |
| 573332 | 307 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 308 | a | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 573332 | 308 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 573332 | 308 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or |
| 573332 | 309 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 310 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 573332 | 310 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 573332 | 310 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|