# EXHIBIT F

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 311 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 312 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 313 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 314 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 314 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals |
| 575708 | 315 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 315 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent |
| 575708 | 315 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 575708 | 315 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 316 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 575708 | 316 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 316 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 575708 | 316 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 575708 | 317 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 318 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 318 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 318 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 575708 | 318 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 575708 | 319 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 320 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 321 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 321 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 322 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 322 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific |
| 575708 | 322 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 322 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 323 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 575708 | 324 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 324 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 324 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 324 | d | Work product | Redaction describes specific work product created by an attorney, or agent |
| 575708 | 324 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 575708 | 325 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 325 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 325 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 325 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 325 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 327 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 327 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 328 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 328 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 328 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 575708 | 329 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 330 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 330 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 575708 | 330 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 330 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 331 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 332 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 332 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 332 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 333 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 333 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 333 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 333 | d | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or |
| 575708 | 333 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 334 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 335 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 335 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 575708 | 336 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 337 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 337 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 337 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 338 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 339 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 339 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 575708 | 339 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 340 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 340 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 340 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 341 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 341 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 341 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 341 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 343 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 344 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 575708 | 345 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 345 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 345 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 346 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 346 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 347 | a | Attorney-client | Redaction discloses confidential communication subject to common |
| 575708 | 347 | b | Attorney-client | Redaction discloses confidential communication subject to common |
| 575708 | 347 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 347 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 348 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 575708 | 348 | b | Work product | Redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 349 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 350 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 351 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 352 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 352 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 352 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 352 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 353 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 575708 | 354 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 354 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 575708 | 354 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 354 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 355 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 356 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 357 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 357 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific |
| 575708 | 358 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific |
| 575708 | 358 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 575708 | 359 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 359 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 360 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 361 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 362 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific |
| 575708 | 362 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 362 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 362 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work |
| 575708 | 362 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 363 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 363 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy |
| 575708 | 363 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 363 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 363 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes |
| 575708 | 364 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 365 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 366 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 575708 | 366 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 367 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 367 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 367 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes |
| 575708 | 368 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 368 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 369 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 369 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 370 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 575708 | 370 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 370 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 370 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 371 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 372 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 373 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 373 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 373 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 374 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 375 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 375 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 575708 | 375 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 375 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 575708 | 376 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 376 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 575708 | 376 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 575708 | 377 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 575708 | 378 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 575708 | 379 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 575708 |  | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work |
| 575708 | 380 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |