# EXHIBIT G

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 381 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 381 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 382 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 382 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 383 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 383 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 384 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 384 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 385 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 385 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 385 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 386 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 387 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 387 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 388 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 388 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 389 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 389 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 390 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege |
| 578249 | 390 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 391 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 391 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 391 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 392 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 392 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 392 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 393 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 393 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 393 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 393 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 578249 | 393 | e | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 394 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 394 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 395 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 395 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 396 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 396 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 396 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 396 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 397 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 398 | a | Attorney Client; Work Product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 398 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 399 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 399 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 400 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 400 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 401 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 402 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 402 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 402 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 402 | d | Attoreny-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 402 | e | Attorney client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 402 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 403 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 403 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 403 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 404 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 405 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 578249 | 405 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 578249 | 405 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 578249 | 405 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 406 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 406 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 406 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 406 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 407 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 407 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 408 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 408 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 408 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 408 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 578249 | 408 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 408 | f | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 408 | g | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 409 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 410 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 410 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 410 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 411 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 411 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 411 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 411 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 411 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 411 | f | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 411 | g | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 412 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 412 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 413 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 413 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 578249 | 413 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 413 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 414 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 415 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 415 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 416 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 417 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 417 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 417 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 417 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 418 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 418 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 418 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 419 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 419 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 419 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 420 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 420 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 420 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 420 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 420 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 421 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 421 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 421 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 421 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 422 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 423 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 423 | b | Attorney Client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 423 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 423 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 423 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 424 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 425 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 427 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 427 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 427 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 578249 | 427 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 427 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 428 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 428 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 428 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 428 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 428 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 428 | f | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 428 | g | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 429 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 429 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 429 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 430 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 430 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 430 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 431 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 431 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 431 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 431 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 433 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 578249 | 433 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 433 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 578249 | 433 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 434 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 435 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 436 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 437 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 437 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 437 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 438 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 438 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 440 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 441 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 441 | b | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 578249 | 443 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 443 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 443 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 443 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 443 | e | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 443 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 444 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 444 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 578249 | 445 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 578249 | 445 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 445 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 445 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 578249 | 446 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 578249 | 446 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 578249 | 446 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |