# EXHIBIT H

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 447 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 580899 | 447 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 447 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 448 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 449 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 449 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 449 | c | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 449 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 450 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 450 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 450 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 451 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 452 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 452 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 452 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 452 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 580899 | 452 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 453 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 453 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 455 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 455 | b | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 580899 | 455 | c | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 455 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 455 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 456 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 456 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 456 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 457 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 457 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 457 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 457 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 457 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 458 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 458 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 459 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 459 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 460 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 461 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 461 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege |
| 580899 | 461 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 461 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 462 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 463 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 464 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 465 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 466 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege |
| 580899 | 466 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 466 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 466 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 467 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 468 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 468 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 468 | c | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 468 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 469 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 580899 | 469 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 469 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 580899 | 469 | | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 470 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 470 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 470 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 470 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 470 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 470 | f | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 580899 | 471 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 471 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 471 | c | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 473 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 473 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 473 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 473 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 473 | e | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege |
| 580899 | 474 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 474 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 475 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 476 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 476 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 477 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 477 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 477 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 478 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 478 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 478 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 478 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 478 | e | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 479 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 479 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 479 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 480 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 480 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 480 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 580899 | 480 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 480 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 481 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 481 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 481 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 482 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 580899 | 482 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 482 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 580899 | 482 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 482 | e | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 580899 | 483 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 484 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 580899 | 484 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 580899 | 485 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 485 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 485 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 485 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 485 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 486 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent,Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 486 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 487 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 487 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 488 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 488 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 488 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 489 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 489 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 489 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent,Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 490 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 491 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 491 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 491 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 580899 | 491 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 492 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 493 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 493 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 494 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 494 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 494 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 494 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 494 | e | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 495 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 495 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 496 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 496 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 496 | c | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 496 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 580899 | 496 | | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 497 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 498 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 498 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 498 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 499 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 499 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 499 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 500 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 500 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 501 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 501 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 501 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 501 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 502 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 502 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 503 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 503 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 503 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 503 | d | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege |
| 580899 | 503 | e | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 504 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 504 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 505 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 505 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 505 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 506 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 507 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 507 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 507 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 508 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 580899 | 509 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 509 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 510 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 510 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 511 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 511 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 511 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 511 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 512 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 513 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 513 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 513 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 513 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 513 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 514 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 514 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 515 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 580899 | 516 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 516 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 516 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 517 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 580899 | 517 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 518 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 519 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 580899 | 519 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 519 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 580899 | 520 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |