# EXHIBIT I

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 521 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 521 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 521 | c | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 521 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 521 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 522 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 523 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 523 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 524 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 524 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 525 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 525 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 525 | c | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 526 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 526 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 527 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 527 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 527 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 527 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 528 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 528 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 528 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 529 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 530 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 530 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 530 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 531 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 531 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 531 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 532 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 533 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 534 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 535 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 535 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 535 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 535 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 536 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 536 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 536 | c | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 536 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 537 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 538 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 538 | | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 539 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 539 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 539 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 539 | d | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 583821 | 539 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 540 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 541 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 541 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 542 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 542 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 542 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 543 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 543 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 543 | c | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege |
| 583821 | 543 | d | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 544 | a | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 583821 | 544 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 545 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 545 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 545 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 546 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 547 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 547 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 547 | c | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege |
| 583821 | 547 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 548 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 548 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 548 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 549 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 550 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 551 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 551 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 551 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 552 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 553 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 553 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 554 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 554 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 555 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 555 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 555 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 556 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 557 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 558 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 558 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 558 | c | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 559 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 560 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 560 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 561 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 562 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 563 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 563 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 563 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 563 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 564 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 564 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 565 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 565 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 565 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 566 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 567 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 568 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 568 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 568 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 569 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 570 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 571 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 572 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 572 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 572 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 572 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 572 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 573 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 573 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 573 | c | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 573 | d | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 573 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 574 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 575 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 576 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 576 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 583821 | 576 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 577 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client;  redaction discloses confidential communication subject to common interest privilege |
| 583821 | 578 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction discloses confidential communication subject to common interest privilege |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 579 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 581 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 581 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 581 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 581 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 583 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 583 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 584 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 584 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 584 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 584 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 584 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 585 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 586 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 587 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 588 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 588 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 588 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 588 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 589 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 589 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 590 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 591 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 591 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 591 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 591 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 592 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 592 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 592 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 592 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 593 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 593 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 593 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 593 | d | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 593 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 593 | f | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 593 | g | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 583821 | 594 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 594 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 594 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 595 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 596 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 596 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 596 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 596 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 596 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 597 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 597 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 598 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 599 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 599 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 600 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf, |
| 583821 | 600 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 600 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 600 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 601 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 601 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 603 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 603 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 583821 | 604 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 606 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 607 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 608 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 608 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 583821 | 608 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 609 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 609 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 609 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 583821 | 610 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 583821 | 611 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 583821 | 612 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |