# EXHIBIT J

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 613 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential |
| 585968 | 614 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 614 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 614 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 614 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 616 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 617 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals |
| 585968 | 617 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 618 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent |
| 585968 | 618 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 618 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential |
| 585968 | 618 | d | Attorney-client | Redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between |
| 585968 | 618 | e | Attorney-client | Redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 618 | f | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 585968 | 619 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 619 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 585968 | 619 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 619 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific |
| 585968 | 619 | e | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 620 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 620 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 620 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 621 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 622 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 623 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 624 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific |
| 585968 | 624 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 626 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 627 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 627 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and |
| 585968 | 627 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals |
| 585968 | 628 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals |
| 585968 | 629 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 629 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 629 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 629 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 629 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 630 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 631 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 631 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 632 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 632 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 633 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 633 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication |
| 585968 | 633 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential |
| 585968 | 633 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 634 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 634 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 635 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 635 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 635 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 636 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 637 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 638 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 639 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 639 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 639 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 640 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 640 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 641 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 641 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 642 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 643 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 644 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 644 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 645 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created |
| 585968 | 645 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 646 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 647 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 647 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 647 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 585968 | 648 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 648 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 649 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 649 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 650 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 650 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 651 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 651 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 651 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by |
| 585968 | 652 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 653 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 653 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and |
| 585968 | 653 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific |
| 585968 | 653 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 654 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by |
| 585968 | 654 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 654 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and |
| 585968 | 655 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 656 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 656 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 656 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by |
| 585968 | 657 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 657 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 657 | c | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 658 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between |
| 585968 | 659 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent |
| 585968 | 660 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 661 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 661 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 662 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 662 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 662 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential |
| 585968 | 662 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 663 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 664 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 665 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 665 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 666 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential |
| 585968 | 666 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 666 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and |
| 585968 | 667 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 668 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 669 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals |
| 585968 | 669 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions |
| 585968 | 670 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions |
| 585968 | 671 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 671 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created |
| 585968 | 672 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 673 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 673 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 674 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 675 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 675 | b | Work product | Redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 676 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 676 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions |
| 585968 | 676 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 676 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 677 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by |
| 585968 | 677 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential |
| 585968 | 678 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 678 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 679 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 679 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 679 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 680 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 681 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 681 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 585968 | 682 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 682 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 683 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 684 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 684 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 685 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 685 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created |
| 585968 | 685 | c | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 585968 | 685 | d | Attorney-client | Redaction discloses the content of |
| 585968 | 686 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or |
| 585968 | 687 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 687 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 687 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 585968 | 687 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and |
| 585968 | 688 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 688 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 585968 | 688 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and |
| 585968 | 689 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 585968 | 689 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 690 | a | Attorney-client | Redaction identifies specific documents |
| 585968 | 690 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential |
| 585968 | 690 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential |
| 585968 | 690 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 690 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 691 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 692 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 585968 | 693 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals |
| 585968 | 694 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 585968 | 695 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |