# EXHIBIT K

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 696 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 696 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 696 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 697 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 698 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 699 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 699 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 588525 | 700 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 701 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 701 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 702 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 703 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 704 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 704 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 705 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 705 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 706 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 706 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 707 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 708 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 709 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 710 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 710 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 710 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 711 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 712 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 713 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 713 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 588525 | 713 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 713 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 713 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 714 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 715 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 715 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 716 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 717 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 717 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 718 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 719 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 720 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 721 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 721 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 721 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 722 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 722 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 723 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 723 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 724 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 724 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 724 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 588525 | 725 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 726 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 727 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 728 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 728 | b | Attorney-client; | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 728 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 728 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 729 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 729 | b | Attorney-client; Work Product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 729 | c | Attorney-client; Work Product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 730 | a | Attorney-client; Work Product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 730 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 731 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 731 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 732 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 732 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 732 | c | Attorney-client; Work Product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 733 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 733 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 734 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 734 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 734 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 734 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 736 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 736 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 736 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 736 | d | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 588525 | 736 | e | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 588525 | 737 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 738 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 738 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 739 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 741 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 741 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 741 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 742 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 744 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 744 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 744 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 588525 | 746 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 749 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 752 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 752 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 752 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 753 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 755 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 756 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 756 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 756 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 757 | a | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 757 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 588525 | 757 | c | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 758 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 758 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 588525 | 758 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 588525 | 759 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 588525 | 759 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 588525 | 760 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |