# EXHIBIT L

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 761 | a | Attorney-client | Redaction reveals specific strategy discussions between attorney and staff |
| 591926 | 761 | b | Attorney-client | Redaction reveals specific strategy discussions between attorney and staff |
| 591926 | 761 | c | Work Product; attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 761 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 762 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 763 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 763 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 763 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 764 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 764 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 764 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 765 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 765 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 765 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 767 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 767 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 767 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 768 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 769 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 772 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 772 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 772 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 772 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 773 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 773 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 774 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 777 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 777 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 777 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 777 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 778 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 778 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 779 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 780 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 783 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 783 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 783 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 783 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 783 | e | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 784 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 785 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 787 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 787 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 787 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 787 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 787 | e | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 788 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 788 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 788 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 788 | d | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 788 | e | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 789 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 789 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 789 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 792 | a | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 591926 | 792 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 793 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 793 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 793 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 796 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 796 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 796 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest privilege |
| 591926 | 796 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 797 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 797 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 800 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 801 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 803 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 806 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 806 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 806 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 807 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 807 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 810 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 810 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 810 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 811 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 811 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 811 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 812 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 813 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 814 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 814 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 815 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 817 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 817 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 591926 | 818 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 819 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 820 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 822 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 822 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 822 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 822 | d | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 823 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 824 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 824 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 824 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 825 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 825 | b | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 825 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 826 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 826 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 826 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 827 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 827 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 591926 | 828 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 829 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 829 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 829 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 829 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 830 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 830 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 830 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 831 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 831 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 831 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 832 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 834 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 835 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 835 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 835 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 835 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 835 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 836 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 836 | b | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 837 | a | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 837 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 837 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 837 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 838 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 839 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 839 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 839 | c | | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 840 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 840 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 840 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 840 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 591926 | 840 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 840 | f | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 841 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 841 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 841 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 841 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 841 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 842 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 843 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 843 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 591926 | 843 | c | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 591926 | 843 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 844 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 591926 | 844 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 591926 | 845 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 846 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 591926 | 846 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 846 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 846 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 846 | e | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 847 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 847 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 847 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 847 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 848 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 849 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 849 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 591926 | 849 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 591926 | 850 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 591926 | 851 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |