# EXHIBIT M

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
| --- | --- | --- | --- | --- |
| 594234 | 852 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 852 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 852 | c | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 852 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 853 | a | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 853 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 853 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 854 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney |
| 594234 | 854 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on |
| 594234 | 854 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 855 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 856 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 594234 | 856 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 856 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 857 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 594234 | 857 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 857 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on |
| 594234 | 858 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 859 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 859 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 594234 | 859 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 859 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 594234 | 860 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 861 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 594234 | 862 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 862 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 863 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 863 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 864 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 865 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 867 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 868 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 868 | b | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 868 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 868 | d | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 869 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 870 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 870 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 871 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 871 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 594234 | 871 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 872 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 872 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or |
| 594234 | 872 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction discloses confidential communication subject to common interest |
| 594234 | 872 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 872 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 594234 | 873 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 874 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 594234 | 874 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 874 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 876 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 876 | b | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 876 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 877 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 594234 | 877 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 594234 | 878 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 878 | b | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 878 | c | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 594234 | 879 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 594234 | 879 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 880 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 881 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 881 | b | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 881 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 881 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 881 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 594234 | 882 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 882 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 883 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 883 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 884 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 594234 | 884 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 594234 | 884 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client,Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 594234 | 884 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 594234 | 885 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 885 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 885 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 886 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 886 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 887 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 594234 | 887 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 887 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 887 | d | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 888 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 594234 | 888 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on |
| 594234 | 889 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 889 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 890 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 891 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 594234 | 891 | b | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 892 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 892 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 594234 | 893 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 894 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on |
| 594234 | 894 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 594234 | 895 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 594234 | 895 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 594234 | 895 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 594234 | 896 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 594234 | 897 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 594234 | 897 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 897 | c | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 899 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 594234 | 900 | a | Attorney-client | Redaction discloses confidential communication subject to common interest |
| 594234 | 900 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 594234 | 901 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |