# EXHIBIT N

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 902 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf |
| 597325 | 902 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf |
| 597325 | 902 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 903 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf |
| 597325 | 904 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 904 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 904 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 597325 | 905 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 597325 | 905 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 597325 | 905 | c | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 906 | a | Attorney-client | Redaction identifies specific documents reviewed by an |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 906 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 907 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 907 | b | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 907 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 597325 | 908 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 909 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 909 | b | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 910 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 911 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 597325 | 911 | b | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 911 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 912 | a | Attorney-client | Redaction identifies specific documents reviewed by an |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 912 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 597325 | 913 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 914 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or |
| 597325 | 914 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject |
| 597325 | 915 | a | Attorney-client; work product | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an |
| 597325 | 915 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 916 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 917 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy |
| 597325 | 917 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf |
| 597325 | 917 | c | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 918 | a | Attorney-client | Redaction identifies specific documents reviewed by an |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 919 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 920 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 920 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 920 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 921 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 922 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 922 | b | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 922 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy |
| 597325 | 923 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 597325 | 924 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 925 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 925 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 927 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 597325 | 927 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 927 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 928 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 929 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 930 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 931 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 931 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 932 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 932 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 933 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 935 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 935 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 936 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 937 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 937 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 937 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 938 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 939 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 940 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |
| 597325 | 940 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 597325 | 941 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 942 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 943 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or |
| 597325 | 944 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 944 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys |
| 597325 | 945 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 597325 | 946 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 946 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 946 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf |
| 597325 | 947 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 947 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 597325 | 948 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 597325 | 948 | b | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 949 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 950 | a | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 597325 | 951 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or |
| 597325 | 952 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 597325 | 953 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf |
| 597325 | 954 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or |
| 597325 | 955 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 956 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 597325 | 957 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 957 | b | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 957 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an |
| 597325 | 958 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 597325 | 959 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 959 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege; redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 959 | c | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 960 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 961 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 962 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 962 | b | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 963 | a | Attorney-client | Redaction identifies specific documents reviewed by an |
| 597325 | 963 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 597325 | 963 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an |
| 597325 | 964 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 964 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 964 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 965 | a | Work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 597325 | 966 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an |
| 597325 | 966 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 597325 | 966 | c | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 597325 | 967 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or |
| 597325 | 967 | b | Attorney-client | Redaction identifies specific documents reviewed by an |