# EXHIBIT O

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 968 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 968 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 968 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 969 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 969 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 969 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 970 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 970 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 970 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 970 | d | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 971 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 971 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 971 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 971 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 971 | e | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 971 | f | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 971 | g | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 971 | h | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 971 | i | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 971 | j | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 972 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 972 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 972 | c | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 972 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 973 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction discloses confidential communication subject to common interest privilege |
| 599335 | 973 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 974 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 974 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction discloses confidential communication subject to common interest privilege |
| 599335 | 974 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 974 | d | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 974 | e | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 975 | a | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 976 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 976 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 976 | c | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 976 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 977 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 977 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 977 | c | Work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 978 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 979 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 979 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 979 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 979 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 980 | a | Attorney-client | Redaction discloses confidential communication subject to common interest privilege; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 980 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 981 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 981 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 982 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 982 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 983 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 983 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 984 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 985 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 985 | b | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 599335 | 985 | c | Attorney-client | Redaction discloses confidential communication subject to common interest privilege |
| 599335 | 985 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 986 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential communication subject to common interest privilege |
| 599335 | 987 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 987 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 988 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 988 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 988 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 988 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 989 | a | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 599335 | 990 | a | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 990 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 991 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 991 | b | Work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 599335 | 991 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 992 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 992 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 992 | c | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 993 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 993 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 994 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 995 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 995 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 996 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 996 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 996 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 997 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 998 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 999 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 999 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 999 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 1000 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1000 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1001 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1001 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1002 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1002 | b | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 599335 | 1002 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1002 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1002 | e | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1003 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 1004 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1004 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1004 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1004 | d | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1005 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1006 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1006 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1007 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 599335 | 1007 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 599335 | 1008 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 1008 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1008 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1009 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1009 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1010 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1010 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1010 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1010 | d | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1011 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1011 | b | Work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1012 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 1012 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1012 | c | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1013 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1014 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1015 | a | Work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 599335 | 1015 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1015 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1016 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1016 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1016 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1016 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1017 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 1018 | a | Work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1019 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1019 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1019 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1020 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1020 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1020 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1021 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1021 | b | Work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1021 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and/or staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 1021 | d | Attorney-client | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client |
| 599335 | 1021 | e | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1023 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1024 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1024 | b | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1024 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1024 | d | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1025 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1025 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1025 | c | Attorney-client | Redaction discloses the content of confidential communication between an attorney or agent of the attorney and client |
| 599335 | 1026 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 599335 | 1026 | b | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1026 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific strategy discussions between attorneys and/or staff |
| 599335 | 1027 | a | Work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf |
| 599335 | 1027 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1028 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |
| 599335 | 1028 | b | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent |