# EXHIBIT P

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1029 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1029 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1029 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1030 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1030 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an |
| 601506 | 1030 | c | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1031 | a | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1031 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1031 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1031 | d | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1031 | e | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1031 | f | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction identifies specific documents reviewed by an |
| 601506 | 1031 | g | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction identifies specific documents reviewed by an |
| 601506 | 1031 | h | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent on attorney's behalf; redaction identifies specific documents reviewed by an |
| 601506 | 1032 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1032 | b | Work product | Redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1033 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1033 | b | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1033 | c | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1034 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1035 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1035 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1035 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1035 | d | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1035 | e | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1036 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1036 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1036 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction discloses confidential communication subject to common |
| 601506 | 1037 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1038 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents |
| 601506 | 1038 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1039 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1039 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1039 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1039 | d | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1039 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1040 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1041 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1041 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1041 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential |
| 601506 | 1041 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential |
| 601506 | 1041 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential |
| 601506 | 1041 | f | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction discloses confidential |
| 601506 | 1041 | g | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1042 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1042 | b | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction reveals |
| 601506 | 1043 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1043 | b | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1043 | c | Attorney-client; work product | Redaction discloses confidential communication subject to common interest privilege; redaction reveals |
| 601506 | 1043 | d | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1043 | e | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1045 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1045 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction discloses confidential communication subject to common |
| 601506 | 1046 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1046 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1046 | c | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1046 | d | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1046 | e | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1046 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 601506 | 1048 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1048 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1048 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1048 | d | Work product | Redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1050 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1050 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1050 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1050 | d | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1051 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1051 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 601506 | 1051 | c | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1052 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1052 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1052 | c | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1052 | d | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1052 | e | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1053 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1054 | a | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1054 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1054 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1056 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1056 | b | Work product | Redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1056 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1056 | d | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1057 | a | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1057 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1058 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work |
| 601506 | 1058 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work |
| 601506 | 1058 | c | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client; redaction reveals specific strategy |
| 601506 | 1058 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction describes specific work product created by an attorney, or agent |
| 601506 | 1059 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1060 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1060 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents |
| 601506 | 1060 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1061 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1061 | b | Work product | Redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1061 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1062 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1062 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1062 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1063 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1064 | a | Attorney-client | Redaction discloses confidential communication subject to common |
| 601506 | 1064 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1064 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an |
| 601506 | 1064 | d | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1065 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an |
| 601506 | 1065 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1065 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1066 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1066 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents |
| 601506 | 1066 | c | Attorney-client | Redaction discloses the content of |
| 601506 | 1066 | d | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1066 | e | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1068 | a | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1068 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1069 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1069 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1069 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1070 | a | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1070 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1070 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1070 | d | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1071 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1071 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1072 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1072 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1072 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1073 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1073 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1074 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1074 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1074 | c | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1074 | d | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1074 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1075 | a | Work product | Redaction describes specific work product created by an attorney, or agent |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1076 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1076 | b | Attorney-client | Redaction discloses confidential communication subject to common |
| 601506 | 1076 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1077 | a | Atorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1077 | b | Atorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1078 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1078 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1078 | c | Attorney-client | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1078 | d | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1079 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1080 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1080 | b | Attorney-client | Redaction discloses confidential communication subject to common |
| 601506 | 1080 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1080 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1081 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1082 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1083 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1083 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1083 | c | Attorney-client; work product | Redaction discloses the content of confidential communication between attorney or attorney agent and client; redaction describes specific work |
| 601506 | 1083 | d | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1083 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1083 | f | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1084 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1085 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1085 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1085 | c | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1085 | d | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents |
| 601506 | 1085 | e | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1086 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1087 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1087 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1087 | c | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1088 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1089 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction identifies specific documents |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1089 | b | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1089 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1090 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1090 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1090 | c | Attorney-client | Redaction discloses the content of confidential communication between attorney or attorney agent and client |
| 601506 | 1090 | d | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1090 | e | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1091 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1091 | b | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1092 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1092 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1092 | c | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff |
| 601506 | 1093 | a | Work product | Redaction identifies specific research and/or analysis conducted by an |
| 601506 | 1094 | a | Attorney-client | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific |
| 601506 | 1094 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1095 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1096 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1096 | b | Work product | Redaction identifies specific research and/or analysis conducted by an |
| 601506 | 1096 | c | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|

| Invoice Number | Entry Number | Entry Sub-number | Privilege Claim | Description |
|---|---|---|---|---|
| 601506 | 1097 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney agent; redaction reveals specific |
| 601506 | 1097 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1097 | c | Attorney-client | Redaction discloses confidential communication subject to common |
| 601506 | 1098 | a | Attorney-client; work product | Redaction reveals specific strategy discussions between attorneys and staff; redaction identifies specific documents |
| 601506 | 1098 | b | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1099 | a | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1099 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an |
| 601506 | 1099 | c | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an |
| 601506 | 1100 | a | Attorney-client; work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1101 | a | Attorney-client; work product | Redaction identifies specific documents reviewed by an attorney or attorney |
| 601506 | 1101 | b | Attorney-client; work product | Redaction identifies specific research and/or analysis conducted by an attorney or agent on behalf of the client; redaction describes specific work |
| 601506 | 1102 | a | Work product | Redaction describes specific work product created by an attorney, or agent |
| 601506 | 1103 | a | Work product | Redaction describes specific work product created by an attorney, or agent |